**RECEIVED**
DEC 11 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. CR07 60055 |
| | * 26 U.S.C. § 5841 |
| versus | * 26 U.S.C. § 5861(d) |
| | * 26 U.S.C. § 5871 |
| | * 26 U.S.C. §5872 |
| HOANG NGUYEN, a/k/a "Coco" | * |

JUDGE MELANÇON
MAGISTRATE JUDGE HILL

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### RECEIVING OR POSSESSING AN UNREGISTERED FIREARM

26 U.S.C. §§ 5841, 5861(d), 5871

On or about the 26th day of October, 2006, in the Lafayette-Opelousas Division of the Western District of Louisiana, the defendant, HOANG NGUYEN, also known as "COCO", knowingly received and possessed a firearm, that is, a sawed off shotgun, a Maverick Arms Model 88, 12 gauge shotgun, serial number MV 38170 C, having an overall length of 25.25 inches and a barrel length of 15.75 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871. [26 U.S.C.§§ 5841, 5861(d), and 5871].

## COUNT 2

## FORFEITURE

## 26 U.S.C. § 5872

A. The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872. [26 U.S.C. § 5872].

B. As a result of the violations in Count 1 of this Indictment, the defendant, HOANGNGUYEN, shall forfeit to the United States the following firearm used in or involved in the aforesaid offense:

(1) one sawed off shotgun, Maverick Arms Model 88, 12 gauge shotgun, Serial Number MV38170 C.

All in violation of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

A TRUE BILL:
REDACTED

DONALD W. WASHINGTON
United States Attorney

By: *[signature]*
JAMES T. McMANUS, ID No. 18334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618