UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 07-CR-60055-01** |
| vs. | **JUDGE MELANÇON** |
| **HOANG NGUYEN** | **MAGISTRATE JUDGE HILL** |

## MINUTES OF COURT

*(INITIAL APPEARANCE/ARRAIGNMENT)*

| | |
|---|---|
| Date: March 26, 2009 | Presiding: Mag. Judge Hill |
| Court Opened: 4:18 p.m. | Courtroom Deputy: Greta B. Roaix |
| Court Adjourned: 4:32 p.m. | **Statistical Time: 00:15** |
| Recorded: FTR Courtroom 6 | Pretrial Services Officer: Kathryn Williams |

**APPEARANCES**
James T. McManus, AUSA for plaintiff
Carol Whitehurst, AUSPD, for the defendant

**PROCEEDINGS:**
Before Court Opened:
___ Defendant Failed to Appear
___ Interpreter sworn
**X** Defendant Interviewed by Pretrial Services Officer
___ Defendant Refused To Be Interviewed
**X** Defendant Completed Financial Affidavit for Appointment of Counsel
**X** Defendant provided with Charging Document(s)
**INITIAL APPEARANCE ON:** ___ Bill of Information ___ Complaint **X** Indictment
___ Violation of Probation/Supervised Release ___ Arrest for Failure To Appear
**X** Defendant Sworn
**X** Defendant Advised of Charges, Maximum Penalties & Rights
___ Identity Hearing ___ Waived ___ Held ___ Set For _____
___ Preliminary Examination ___ Waived ___ Held ___ To be set in The _____
___ Arraignment Set for _____

**BAIL DETERMINATION/CUSTODY STATUS**
**X** Pretrial Services Report Provided to Defendant
___ Detention hearing:
  _____ Requested by government
  _____ Requested by court
  _____ Continuance requested by government
  _____ Continuance requested by defendant
___ Detention hearing ___ Held ___ Waived ___ To be set in the
**X** Appearance & Compliance Bond
___ Order of Detention signed (AO472)
**X** Order setting conditions of release
___ Defendant Released, ___ Defendant In Custody, Bond Not Made
___ Defendant In Custody Pursuant to Order of Temporary Detention Pending Hearing
___ Previous Order of Detention Continued
___ Previous Order Setting Conditions of Release Continued Without Change
___ Issue of bail taken under advisement by the judge

**ARRAIGNMENT**
**X** Reading Waived ___ Indictment Read **X** Not Guilty Plea Entered
**TRIAL SET** AT **9:30** AM ON **May 8, 2009** BEFORE **Judge Melançon**

**PRETRIAL CONFERENCE SET** AT **1:30**  PM ON **May 1, 2009** BEFORE **Judge Melançon**
**MINUTES OF COURT (USA vs. Hoang Nguyen**)

**FILINGS:**
 **X**   Order of Appointment  Counsel
 **X**  Minute Entry setting motions filing deadline
 **X**  Criminal Scheduling Order
 **X** Appearance & Compliance Bond
 **X** Order Setting Conditions of Release
 ___  Waiver of Rule 40 Hearings(excluding probation cases)(AO466)
 ___  Commitment to Another District (AO94)
 ___  Order of Temporary Detention Pending Bail Hearing(AO470)
 ___  Order of Temporary Detention To Permit Revocation of Conditional Release, Deportation or Exclusion (AO471)
 ___  Waiver of Preliminary Examination or Hearing(AO468)


**COMMENTS:**

>	The defendant appeared on this date for an initial appearance and arraignment with court appointed counsel, Carol Whitehurst, AUSPD.  The defendant was advised of his right to counsel, the maximum penalty as to all counts and his right to  remain silent.  The defendant waived a formal reading of the indictment and entered a plea of not guilty to all counts.

>	Accordingly, the Court, having considered the pretrial services report, entered an order setting conditions of release and an appearance and compliance bond in the amount of $50,000, unsecured.

>	Counsel are advised that if it is determined that the trial date violated the speedy trial act, a motion to reset the trial date shall be filed immediately and counsel are to notify the trial Judge in the event of any conflicts with the trial date.


_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE