RECEIVED
MAR 2 6 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.07-60055-01 |
| VERSUS | JUDGE MELANÇON |
| HOANG NGUYEN | MAGISTRATE JUDGE HILL |

### DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL

I, _____HOANG NGUYEN_____, the above named defendant, state that I am financially unable to employ counsel, and therefore request the court to appoint counsel to represent me at every stage of this proceeding. I am attaching a Financial Affidavit in support of this request.

DATE: 3/26/09

Defendant

Address: 1029 N. Shipview
Abbeville LA 70510

Phone: 337-371-2485